No. 690. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST CO., EXECUTOR, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry D. Ruddiman* and *John W. Gaskins* for petitioner. *Solicitor General Perl-*

*man, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Liftin* for the United States.